UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNHO HYON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSION ON JUDICIAL PERFORMANCE, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-259-KJM-EFB PS<br><br><br>ORDER |

On February 6, 2020, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections on February 21, 2020, and they were considered by the undersigned.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed February 6, 2020, are adopted;

/////

/////

2. Plaintiff's second amended[1] complaint (ECF Nos. 10) is dismissed without leave to amend; and

3. The Clerk is directed to close the case.

DATED: March 11, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The magistrate judge's findings and recommendations concluded that the second amended complaint's claims were barred by the *Rooker-Feldman* doctrine because plaintiff seeks to challenge state court orders. ECF No. 17. Shortly after the finding and recommendations issued, plaintiff filed a third amended complaint. ECF No. 19. The limited allegations in that complaint fail to state a claim for relief, nor do they establish subject matter jurisdiction. Accordingly, there is no basis for allowing plaintiff to proceed on the third amended complaint.