UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNHO HYON,<br><br>    Plaintiff,<br><br>  v.<br><br>JERRY BROWN, et al.,<br><br>    Defendant. | No. 2:19-cv-00259-KJM-EFB<br><br><br>ORDER |

    Plaintiff Junho Hyon has filed a motion in his case to disqualify Magistrate Judge Edmund F. Brennan, ECF No. 23. He concurrently filed a letter in which he states "I reject the order to close my case." Rejection, ECF No. 23-1. His motion relies on California Code of Civil Procedure § 170.6, which allows the peremptory challenge of a judge in California state courts. However, California Code of Civil Procedure § 170.6 is not applicable in federal judicial proceedings, which are controlled by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 1 ("These rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated in Rule 81."). In addition, plaintiff's case is closed and thus a motion of this nature is moot. Accordingly, the court DENIES plaintiff's motion.

    IT IS SO ORDERED

Dated: March 24, 2020.

CHIEF UNITED STATES DISTRICT JUDGE