UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Junho Hyon, | No. 2:19-cv-00259-KJM-EFB |
| Plaintiff, | |
| v. | ORDER |
| Jerry Brown et al., | |
| Defendant. | |

The court received Mr. Hyon's filing at ECF No. 31 and construes it as a motion for clarification under Federal Rule 60(a). *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) ("document filed pro se is 'to be liberally construed'") (citations omitted). Mr. Hyon states he was unable to find a document the "US Court of Appeal in San Francisco sent [the court] on September 25, 2020." The court is unaware of the document Mr. Hyon references, and the court has no record on its docket of any United States Court of Appeals filing on that date. As the court cannot identify an error within its control, the motion is **denied**.

DATED: April 30, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1