UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Junho Hyon, | No. 2:19-cv-00259-KJM-EFB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Jerry Brown, et al., | |
| Defendants. | |

This court ordered plaintiff's case be closed on March 12, 2020, ECF No. 21. Plaintiff subsequently appealed that Order, ECF No. 26. The Ninth Circuit dismissed plaintiff's appeal for lack of jurisdiction, ECF Nos. 29 & 30. On May 3, 2021, this court denied plaintiff's motion for clarification, ECF No. 32. Plaintiff moves to dismiss defendants and remand case, ECF No. 35. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) ("document filed pro se is 'to be liberally construed'") (citations omitted). Given the implausible nature of plaintiff's contentions, *see generally* Compl., ECF No. 1, the court DENIES plaintiff's request because it does not appear the litigation has any merit.

This order resolves ECF No. 35.

IT IS SO ORDERED.

DATED: May 25, 2021.

CHIEF UNITED STATES DISTRICT JUDGE