UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Junho Hyon, | No. 2:19-cv-00259-KJM-EFB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Jerry Brown, et al., | |
| Defendants. | |

Judgment was entered in this action on March 12, 2020, ECF No. 22, and plaintiff's appeal was dismissed for lack of jurisdiction, ECF Nos. 29, 30. Plaintiff's demand for a jury trial at ECF No. 37 is therefore denied. The court will disregard any similar future filings.

IT IS SO ORDERED.

DATED: June 23, 2021.

CHIEF UNITED STATES DISTRICT JUDGE